UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORAN R. LONG,<br><br>    Plaintiff,<br>  v.<br><br>S. HATTON, Warden, et al.,<br><br>    Defendants. | Case No. 18-00570 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On January 26, 2018, Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not signed his complaint as required by the Federal Rules of Civil Procedure.[1] (Docket No. 3.) Plaintiff was advised that he needed to file a signed complaint on the proper form within twenty-eight days or the case would be dismissed. (Id.) The deadline has passed and Plaintiff has not filed the required document and has had no further communication with the Court. Accordingly, Plaintiff's case is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 3/8/2018

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on February 27, 2018. (Docket No. 6.)

P:\PRO-SE\EJD\CR.18\00570Long_dism (signed complaint).docx